IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOWARD SCOTT BREWSTER and ) <br> MELANIE BREWSTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN HOME RENTALS, LLC, ) <br> ) <br> Defendant. ) | Civil Action No.  3:11cv872-WHA <br><br> (wo) |

ORDER

This cause is before the court on a Motion to Exclude Expert Testimony of Roger Allen (Doc. #52) filed by the Defendant.  The court having been advised that Roger Allen will not be called at trial, the motion is due to be and is hereby ORDERED DENIED as moot.

Done this 30th day of November, 2012.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE