IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOWARD SCOTT BREWSTER and MELANIE BREWSTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.  3:11cv872-WHA ) |
| SOUTHERN HOME RENTALS, LLC, | )           (wo) ) |
| Defendant. | ) |

ORDER

It is hereby ORDERED that the parties file an agreed upon verdict form, or if a single verdict form cannot be agreed to by the parties, two separate verdict forms, on or before December 5, 2012.

Done this 3rd day of December, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE