IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD SCOTT BREWSTER and MELANIE BREWSTER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  3:11cv872-WHA |
| SOUTHERN HOME RENTALS, LLC, | ) ) | (wo) |
| Defendant. | ) ) | |

**ORDER**

In a telephone conference today, counsel discussed with the court the scope of testimony of Kathy Willard to be presented by the Plaintiffs at trial.  The court expressed that with regard to any opinion as to the cost of future medical expenses, Kathy Willard would only be allowed to express an opinion with an appropriate foundation, which the court would take up outside the presence of the jury.  To that end, without ruling on the issue at this time, the court directs counsel's attention to a few cases:  *In re Superior Construction Co., Inc.*, 445 F.3d 1334, 1346 (11th Cir. 2006); *Gess v. United States*, 991 F. Supp. 1332, 1347 & n.18 (M.D. Ala. 1997); and *Deramus v. Saia Motor Freight Line*, No. 2:08cv23, 2009 WL 1664084 (M.D. Ala. June 15, 2009).

Done this 7th day of December, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE